**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:20-cv-382-MOC-DSC**

| | | |
|---|---|---|
| CHURCH EKKLASIA SOZO, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CVS HEALTH CORP., et al., | ) ) ) | **ORDER** |
| Defendants. | ) ) | |

**THIS MATTER** comes before the Court on a Motion to Dismiss filed by Defendants. (Doc. No. 9).

Plaintiffs filed this action on July 14, 2020. (Doc. No. 1). Defendants filed the pending motion to dismiss on October 15, 2020. (Doc. No. 3). Plaintiffs filed an Amended Complaint on November 5, 2020. (Doc. No. 3). Because Plaintiffs have filed an Amended Complaint, the pending motion to dismiss is now moot.

**IT IS THEREFORE ORDERED** that:

(1) Defendants' Motion to Dismiss, (Doc. No. 9), is terminated as moot.

Signed: November 23, 2020 (2) accordance with the terms of this Order.



Max O. Cogburn Jr.
United States District Judge

1