# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Church Ekklasia Sozo, Inc.<br>Jane Doe<br>John Woodyear<br>Henry Emery<br>Jeffrey Bishop, | ) <br>) | JUDGMENT IN CASE |
| Plaintiff(s), | ) <br>) | 3:20-cv-00382-MOC-DSC |
| vs. | ) <br>) | |
| CVS Health Corporation<br>CVS Pharmacy, Inc.,<br>Defendant(s). | ) <br>) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 27, 2021 Order.

September 27, 2021

_____
Frank G. Johns, Clerk
United States District Court