UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-382-MOC-DSC

| | |
|---|---|
| CHURCH EKKLASIA SOZO, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| CVS HEALTH CORPORATION, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

**THIS MATTER** comes before the Court on its own motion, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure.

Pursuant to Rule 60(a), the Court sua sponte finds that, due to an oversight by the Court, the judgment on the motion to dismiss in this matter shall be vacated. The Clerk is instructed to vacate the judgment (Doc. No. 23) and terminate the Order (Doc. No. 22) granting Defendants' motion to dismiss in this matter.

**IT IS SO ORDERED**.

Signed October 7, 2021:

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge

1